ACCEPTED
09-17-00383-CR
NINTH COURT OF APPEALS
BEAUMONT, TEXAS
12/11/2017 4:32 PM
CAROL ANNE HARLEY
CLERK

**09-17-00383-CR**

| | | |
|---|---|---|
| DECOBI MILES | § | IN THE COURT OF APPEALS |
| | § | |
| v. | § | NINTH JUDICIAL DISTRICT |
| | § | |
| THE STATE OF TEXAS | § | BEAUMONT, TEXAS |

FILED IN
9th COURT OF APPEALS
BEAUMONT, TEXAS
12/11/2017 4:32:42 PM
CAROL ANNE HARLEY
Clerk

## MOTION FOR EXTENSION OF TIME

COMES NOW, appellant, by and through his attorney of record, Dustin R. Galmor, and in accordance with Rule 10.5(b) of The Texas Rules of Appellate Procedure, hereby requests an extension of time in which to file his Brief and would respectfully show:

1. Name of Trial Court: 252nd District Court

2. Trial Court Style: 16-26366, The State of Texas v. Decobi Miles

3. Offense: ASSLT-AFF-PUBLIC SERVANT

4. Punishment assessed: 18 years in IDTDCJ

5. Present Filing Deadline: December 11, 2017

6. Length of Extension Requested:     30 days

7. Number of Previous Extensions:     None

8. Good Cause for this Extension is as follows: Counsel is completing other briefs with prior due dates.

WHEREFORE, PREMISES CONSIDERED, appellant respectfully files this motion before the expiration of the filing deadline, and prays for the requested extension.

Respectfully submitted,

*/s/ Dustin R. Galmor*

DUSTIN R. GALMOR
485 Milam
Beaumont, TX 77701
(409) 832-7757
TBL No. 24057525

## CERTIFICATE OF SERVICE

This is to certify that the above and foregoing Motion for Extension of Time has been served upon counsel for the State by Efile, on the date of filing hereof.

*/s/ Dustin R. Galmor*

_____
DUSTIN R. GALMOR